\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RHONDA MORGAN | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1:14-CV-500 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CHRISTUS HOSPITAL ST. ELIZABETH | § | |
| | § | |
| *Defendant.* | § | |

## AMENDED SCHEDULING ORDER

The court enters this Amended Scheduling Order, resetting the final pretrial conference, jury selection, and trial in this matter. The following actions shall be completed by the date indicated. This Order does not affect any other date or deadline in the previous Scheduling Order.

| | |
|---|---|
| December 18, 2014 | Notice of intent to offer certified records. |
| December 18, 2014 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order, *see* local Rule CV-16(b), and Joint Proposed Jury Instructions and Verdict Form (Or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |

| | |
|---|---|
| January 2, 2015 | Video deposition designations are due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the court. The party who filed the initial Designation is responsible for preparation of the final edited video in accordance with all parties' designations, and the rulings on objections. |
| January 8, 2015 | Motions in limine are due. File Joint Final Pretrial Order. The form is available on the Eastern District of Texas's website. |
| January 15, 2015 | Responses to motions in limine are due.[1] |
| | File objections to witnesses, deposition extracts, and exhibits listed in pretrial order.[2] (This does not extend the deadline to object to expert witnesses.) Provide the exhibit objected to in the motion or response. If numerous objections are filed, the court may set a hearing prior to docket call. File Proposed Jury Instructions/For of Verdict(or proposed Findings of Fact and Conclusions of Law). |

---

[1] To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the court of all the issues which are resolved.

[2] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

| | |
|---|---|
| January 29, 2015 | Docket call and Final Pre-Trial at 9:00 am in Beaumont.  Date the parties should be prepared to try case. |
| | Provide the court with two copies of Exhibit List, using form from the District Clerk's Office.  Absent agreement of the parties, this should not have exhibits that were not listed in the Final Pre-Trial Order, but may have some deletions depending on rulings on objections. |
| February 2, 2015 | Jury selection and trial in Beaumont and 9:00 am.  This case will then be tried in order with other cases on the docket.  Depending on disposition of other cases on the court's docket, jury selection may be the following week.  About a month before docket call, counsel may wish to consult with counsel for the other cases on the February docket to determine whether their cases are likely to settle |

**So ordered and signed on**

**Oct 16, 2014**

_____
Ron Clark, United States District Judge